# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

   GIBSON
        Plaintiff

      V.

   SPRINGFIELD COLLEGE et al
        Defendants

CIVIL ACTION

NO.  1:18-11898-WGY

## ORDER OF DISMISSAL

 YOUNG, DJ ,

In accordance with the Court's order for failure of the plaintiff to appear at hearing on  October 24, 2018, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

 November 5, 2018          /s/ Jennifer Gaudet
Date          Deputy Clerk